■ PEOPLE v JAMES P. NASH, Defendant.—Motion to extend time to take appeal dismissed as untimely *(see,* CPL 460.30 [1]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v WILSON NUNEZ, Defendant.—Motion to extend time to take appeal granted. Memorandum: Defense counsel is guilty of improper conduct in failing to provide defendant, upon sentencing, with the written notice required by 22 NYCRR 1022.11 (a). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v EDWARD JACKSON, Defendant.—Motion to extend time to take appeal dismissed as untimely *(see,* CPL 460.30 [1]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v RONALD MORGAN, Defendant.—Motion to extend time to take appeal granted *(People v Nunez,* 178 AD2d 1029 [decided herewith]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v LOUIS MOORE, Defendant.—Motion to extend time to take appeal granted *(see, People v Nunez,* 178 AD2d 1029 [decided herewith]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.